United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIELLE K. SINGLETON, | Case No. 16-cv-02400-SK |
|---|---|
| Plaintiff, | |
| v. | **AMENDED ORDER REGARDING PAYMENT OF FILING FEE AND EXTENSION OF SAME** |
| CAROLYN W. COLVIN, | |
| Defendant. | Regarding Docket No. 6 |

Plaintiff Danielle Singleton was previously ordered to pay a filing fee of $350.00 by May 20, 2016. However, the current filing fee is $400. In light of the foregoing, Plaintiff is ordered to pay a filing fee of $400 and is granted a seven day extension to obtain funds for the filing fee required to maintain the present action. Therefore, Plaintiff has until July 26, 2016 to submit filing fees.

**IT IS SO ORDERED**.

Dated: July 19, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge