UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE K. SINGLETON,<br>　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　Defendant. | Case No.  16-cv-02400-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 5 |

　　The Plaintiff in this matter failed to appear at the case management conference on October 5, 2016, and has not served the Defendant with a copy of the amended complaint.

　　THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

　　Plaintiff must file a declaration providing good cause for the delay and failure to appear by no later than October 17, 2016. If Plaintiff fails to do so, the case shall be dismissed for failure to prosecute.

　　**IT IS SO ORDERED**.

Dated: October 5, 2016

_____
SALLIE KIM
United States Magistrate Judge