UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE K. SINGLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No.16-cv-02400-SK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 16 |

On October 5, 2016, this Court issued an order to show cause as to why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. 16.) The order was issued in light of Plaintiff's failure to appear at the case management conference scheduled for October 5, 2016 and Plaintiff's failure to serve the named defendant with the action within the time provided in the scheduling order. (Dkt. 6.) Plaintiff was provided the opportunity to respond by declaration to the order to show cause by no later than October 17, 2016. That date having passed without submission of a declaration, **IT IS HEREBY ORDERED** that this action is dismissed **without** prejudice.

Dated: October 19, 2016

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge