UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE K. SINGLETON, | Case No. 16-cv-02400-SK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

On November 13, 2017, a case management conference was held before the Court, at which Plaintiff Danielle Singleton failed to appear. Plaintiff is ordered to show cause for her absence. This order means that Plaintiff shall provide a written response explaining the reason for her absence by November 30, 2017. Failure to provide a reasonable and timely explanation for her absence may result in a sanction by the Court in the sum of $200. If Plaintiff can provide a reasonable explanation for missing the case management conference, the Court will not sanction her.

**IT IS SO ORDERED**.

Dated: November 13, 2017

_____
SALLIE KIM
United States Magistrate Judge